UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MACKEL D. WALKER,

    Plaintiff,

v.                                      Case No. 3:19cv24-RV/MJF

TIFFANY BROOK SHAVER,

    Defendant.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated March 5, 2019 (doc. 3). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 3) is adopted and incorporated by reference in this order.

2. This case is TRANSFERRED to the United States District Court for the Middle District of Florida.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of April, 2019.

                /s/ *Roger Vinson*
                **ROGER VINSON**
                **SENIOR UNITED STATES DISTRICT JUDGE**